UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **COMERICA BANK,** *a Texas banking association*,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**PATRICIA GORMELY PRINCE, P.C.**,<br><br>　　　　Defendant. | 2:21-CV-12913-TGB-APP<br><br><br><br>ORDER TO SHOW CAUSE |

　　　　Defendant Patricia Gormely Prince, P.C., has filed a Motion for an Order to Show Cause against Third Parties, Brian Tenerowicz and Tener Technologies, LLC. (ECF No. 19.)

　　　　Having considered the matter, **IT IS HEREBY ORDERED** that Third Parties Brian Tenerowicz and Tener Technologies, LLC **SHALL APPEAR** before this Court on **March 6, 2023** at **10:00 a.m.** to show cause why they should not be held in contempt for failing to produce documents, equipment, and information pursuant to Defendant's Subpoena issued on November 29, 2022.

**IT IS FURTHER ORDERED** that Defendant shall serve this Order on Third Parties Brian Tenerowicz and Tener Technologies, LLC and shall file proof of service with the Court that it has done so.

**IT IS SO ORDERED** this 17th day of February, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge